Not for Publication

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FINVEST CAPITAL FUND, INC.,**<br><br>       **Plaintiff,**<br><br>    v.<br><br>**SOLID BOX, LLC, AHMET SUTCU, ABDURRAHMAN SUTCU and HUZEYFE SUTCU,**<br><br>       **Defendants.** | Civil Action No. 20-06296 (ES) (MAH)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

  Before the Court is plaintiff Finvest Capital Fund Inc.'s ("Plaintiff") unopposed motion for default judgment and request for damages against defendants Solid Box, LLC ("Solid Box"), co-Ahmet Sutcu, Abdurrahman Sutcu, and Huzeyfe Sutcu (collectively, "Defendants") pursuant to Federal Rule of Civil Procedure 55(b)(2). (D.E. No. 14 ("Motion")). The Court having considered Plaintiff's submissions and having decided the Motion without oral argument, *see* Fed. R. Civ. P. 78(b); *see also* L. Civ. R. 78.1(b); and for the reasons stated in the Court's accompanying Opinion;

  IT IS on this 26th day of March 2021,

  **ORDERED** that Plaintiff's Motion is GRANTED-IN-PART and DENIED-IN-PART; and it is further

  **ORDERED** that Plaintiff is entitled to recover the principal in the amount $576,000.00 against Defendants; and it is further

  **ORDERED** that Plaintiff is entitled to recover interest accrued until July 20, 2020 in amount of $107,991.81 against Defendants; and it is further

**ORDERED** that Plaintiff is entitled to recover additional interest of $263.48 per day from July 20, 2020 until the entry of this Order against Defendants; and it is further

**ORDERED** that, within 14 days after the entry of this Order, Plaintiff must submit a letter of no more than 2 pages informing the Court how it intends to proceed with the remaining causes of action alleged in its complaint; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entry number 14.

<u>s/Esther Salas</u>
**Esther Salas, U.S.D.J.**